EDWARD WERNER, Respondent, v. GEORGE T. KELLY, Appellant.— Judgment affirmed by default, with costs. Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ., concurred.

EDGAR S. APPLEBY and JOHN S. APPLEBY, Respondents, v. MARY HELEN McKENZIE, etc., Appellant.— Motion to dismiss appeal granted, without costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

CARRIE T. BROWN and Others, Respondents, v. THOMAS H. MILLSPAUGH, Individually and as Executor, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

HENRY D'HONT, an Infant, etc., Respondent, v. THE NATIONAL SUGAR REFINING COMPANY OF NEW JERSEY, Appellant.— Motions for reargument and for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

LEONARD W. ELY, Respondent, v. WILLIAM M. BARRETT, as President of ADAMS EXPRESS COMPANY, etc., Appellant.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

MILLER R. FOULKE, Appellant, v. NEW YORK CONSOLIDATED RAILROAD COMPANY, Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

ARTHUR P. HEINZE, as Administrator, etc., Appellant, v. WALTER A. FULLERTON, as Administrator, etc., Respondent.— Motion denied. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the CITY OF NEW YORK, Relative to Acquiring Title, etc., for the Purpose of Opening and Extending Saratoga Avenue, etc.— Motion for leave to appeal to the Court of Appeals granted. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Thomas.

In the Matter of the Application of the PEOPLES SURETY COMPANY, etc. CHARLES FREDERICK, Appellant; JESSE S. PHILLIPS and Another, as Receivers, etc., Respondents.— Motion denied on condition that appellant perfect the appeal, place the case at the foot of the February calendar, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Jenks, P. J., Thomas, Putnam, Blackmar and Kelly, JJ.

In the Matter of the Application of the PUBLIC SERVICE COMMISSION, etc., Relative to Acquiring Certain Lots, etc., Montague Street, Borough of Brooklyn.— Motion denied. Present — Jenks, P. J., Thomas, Putnam and Blackmar, JJ.